Case 7:21-cv-00078-O   Document 1   Filed 09/02/21   Page 1 of 4   PageID 1

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 2 2021
CLERK, U.S. DISTRICT COURT
By_____ Deputy

US Courthouse Witchita Falls Division
1000 Lamar Street
Room #309
Witchita Falls TX
76301-3430

7-21CV-00780

I am requesting an "Order or restraint." Because the Administration has only placed my life and Safty at a greater risk.

The Allred Unit Administration has a unwritten policy and custom of denying protection and Safty of offender which actually qualify. They are denied because the Administration is dirty and Corrupt within their own Ranks. Such as a Lt Jones and Sgt Lisa Young. Violating my 8th amendment right to the basic human needs such as Safty.

On 7-30-21 I went to 3Bldg desk on the allred Unit. I explained at 1330 I was being extroted by some Blood Gang members here on Allred Unit. That I need help. The Sgt Lisa Young was superviser of 3Bldg She told me I have to show proof of this, So I handed over Invoices these Blood Gang members snt thrue J-Pay (sue Green) also a list of Cash Apps they gave me to send money to. $ JW4Everr, $ D Master 2010 and a few more.

Sgt Lisa Young had a officer working 3Bldg B-Pod rover to place me in my cell for pertection tell she does paper work. At around 1630 on 7-30-21 the officer had me write a statment on paper which she took to 3Bldg desk to Sgt Lisa Young.

At this time Sgt Lisa Young took such statment into 3Bldg barber shop and had servel offenders SSI's and the offenders who are extroting me to come to the barber shop to read such statment I wrote on and about them. -Which gave these offenders who are extroting me to cover there tracks such as closing these Cash Apps. Also puts my life more Indanger and risk by allowing them to Know I am informing the Administration of the activetiys....

On 7-31-21 around 1300 a Lt Jones come with statment papers for the investegation of OPI (Offender Pertection Investgation) the # is 29429, which I filed out. Lt Jones said OK.

On 8-3-21 I was befor the Unit Classification board for this OPI. I was asked NO Questions I was not allowed

to talk at all. Warden Hooper released me back to the Bldg. 3-B-49T cell.

On 8-4-21 around 0930 offender Atwater who is a SSI Janitor who works for Sgt Lisa Young, oproched me in 3 Bldg, B-Pod 3 section dayroom and informed me, do not go to chowhall for the people I tried to file OPI on, the ones that are extorting is waiting to stab me in the hallway.

Offender Atwater also said Sgt Lisa Young and Lt Jones are very tight and cool with the offenders who are extorting me. Explain that Sgt Yang allowed these offenders to read my statments and for them to close there cash epps. Also that it was set-up so Re-class (UCC) that they would release me back to the building so that the Blood Gang can hit me before they ship me to another Unit.

On 8-4-21 a Sgt Valgvez heard about all this and the plot to hit me. She immediately filed OPI paper work and placed me back in 11 Bldg. The OPI investagation # is 29696 Sgt Valgvez seen and know's the level of threat on my life and safty. - She could not even believe Sgt Young done that, she called a Cpt Clver,,, she informed Safe Prisons STG and OIG to talk to me.

Which at this time 8-8-21 No one has talked to me. I've even sent letters, I-60 (Request) to talk to them Nothing, no actions. So I'm forced to write and ask for your help.

TDCJ-ID has a Grant from Washinton D.C. for a PREA, (Prison, Rape, Extrotion, Alimation) So all this is on Camra. Recorded. You can request copy's of these tapes that shou's their actions. The keip for 21 days.

Waiting for the Grievance procedures is meanless if I am dead or Assulted long before I get a responce on the grievance. I need a emergency transfer and a restraint provided by the Court, also a preliminary injunction for to start a Imediate investagation into these Corruption of security personal here at Allred Unit.

Furthermore a declator Judgment to declear my rights and the penalty that can be imposed for violating my rights in so much as the extent of the order giving.

So After I exchest my Administration remedies I

will be filing a Civil Rights complaint under 42 USC § 1983 naming the Her individual (Sgt Lisa Young)(Lt Jones) and the qualified Com Capacity - In the request punitive damages up to the amount of $1,000,000.00

   I hear by state everything in this letter is True and Correct.

*John W. Lewis* (signature)

John W. Lewis
792756 Allred Unit
2101 F.M. 369 N.
Iowa Park Texas
76367



UNITED STATES PROBATION OFFICE
1000 LAMAR STREET, ROOM 309
WICHITA FALLS, TEXAS 76301-3430

OFFICIAL BUSINESS
DEPUTY CLERK

NORTH TEXAS TX 750
31 AUG 2021 PM 3 L

FORT WORTH DIVISION
RECEIVED
2021 SEP -2 PM 12: 14

U.S. Court Clerk
501 W. 10th Street
Room 310
Fort Worth, TX 76102-3673